| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Mihm, Michael M. | 2. Court or Organization Central District of Illinois | 3. Date of Report 05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

122 Federal Building
100 N.E. Monroe
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Abraham Lincoln Inns of Court - Peoria |
| 2. | Board of Directors | Forest Park Foundation |
| 3. | Board of Directors | U.S. Russia Foundation for Economic Advancement & Rule of Law |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Insurance Company | Loan on value of whole life insurance. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Elite Annuity (see explanation Part VIII) | A | Dividend | L | T | | | | | |
| 2. Morgan Stanley (sp) Nationwide Elite Venue IRA (See Part 8) | A | Dividend | K | T | | | | | |
| 3. MorganStanleyActive AssetMoneyTrust&MoneyMarket-see PartVIII | A | Interest | K | T | Buy | 07/15/11 | K | | |
| 4. Southside Bank Savings | A | Interest | J | T | | | | | |
| 5. Southside Bank Savings (sp) (See exp. Part VIII) | | None | K | T | | | | | |
| 6. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 7. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 8. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 9. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 10. Legg Mason PRTNRS IN-TRM Munic C | A | Interest | | | Sold | 07/15/11 | K | A | |
| 11. New York Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 12. EQ/PIMCO Ultra | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 13. EQ/Int. Core Plus | A | Dividend | | | Sold | 07/15/11 | K | A | |
| 14. EQ/Cap. Guardian Research | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 15. EQ/Equity Growth Plus | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 16. EQ/Gamco Small Cp. Value | A | Dividend | | | Sold | 07/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. EQ/Gamco Merger Acquisit | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 18. EQ/Mid Cap Val Plus | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 19. EQ/Van Kampen Comstock | A | Dividend | | | Sold | 07/15/11 | K | A | |
| 20. NW NVIT Inv Dest. Moda ggR2 (See Part VIII) | A | Dividend | | | Sold | 07/15/11 | J | B | |
| 21. MVA/GTO 5 year | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 22. Southside Bank Savings Acct. | A | Interest | J | T | | | | | |
| 23. Sentinel Gout Security | B | Interest | L | T | | | | | |
| 24. EQ Mutual Money Market | A | Dividend | K | T | Buy | 07/15/11 | K | | |
| 25. NUIT Money Market | A | Dividend | K | T | Buy | 07/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 1 - AXA Elite Annuity was invested in 9 mutual funds now listed in Part VII, lines 12-19.
Those were all sold on July 15, 2011, and the proceeds placed in EQ Mutual Money Market Account reported on line 24.

Part VII - Line 2 - Morgan Stanley (sp) Nationwide Venue IRA was invested in 2 mutual funds listed on lines 20 and 21. Those two
were sold on 7/15/11 and proceeds placed in NUIT Money Market Account reported on line 25.

Part VII - Line 3 - Morgan Stanley Active Asset Money Trust and Money Market. These funds are the proceeds of the sale of the
Legg Mason PRTNRS IN-TRM Munic C Account reported on line 10.

Part VII - Line 5 -                              checking account.

Part VII - Lines 12-19 - Proceeds from the sale of these 9 mutual funds were placed in the EQ Mutual Money Market Account reported on line 24.

Part VII - Lines 20-21 - Proceeds from the sale of these two mutual funds were placed in NUIT Money Market Account reported on line 25.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Mihm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544